IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                         ORDER

         Plaintiff,

         v.                                    92-cr-126-bbc

DEWAYNE CROMPTON,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Dewayne Crompton has moved for a sentencing reduction under 18 U.S.C. § 3582. He contends that because he was sentenced for possession with intent to distribute cocaine base (crack cocaine) and the guidelines for crimes involving distribution of crack cocaine have been lowered and given retroactive effect, he is entitled to a reduction in his sentence. He is mistaken. Pursuant to 21 U.S.C. § 841(b)(1), defendant was sentenced to a mandatory term of life imprisonment. That term was set by statute and can be changed only by an act of Congress. It is not affected by changes in the sentencing guidelines.

1

ORDER

Defendant Dewayne Crompton's motion for a reduction of sentence under 18 U.S.C. § 3582 is DENIED.

Entered this 14th day of December, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge