# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

Submitted November 27, 2012
Decided December 4, 2012

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

KENNETH F. RIPPLE, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 12-3682 | IN RE: <br> DEWAYNE A. CROMPTON, <br> Petitioner |
|---|---|
| **Petition for Extraordinary Writ** ||
| District Court No: 3:92-cr-00126-bbc-2 <br> District Judge Barbara B. Crabb ||

The following is before the court: **PETITION FOR EXTRAORDINARY WRIT,** filed on November 27, 2012, by the pro se petitioner.

The petition is an attempt to attack the judgment of conviction, and petitioner has already sought habeas relief. Any request for leave to commence a successive collateral attack must comply with Circuit Rule 22.2. Accordingly,

**IT IS ORDERED** that the petition is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk of this court shall provide petitioner with a copy of Circuit Rule 22.2.

form name: **c7_Order_3J**(form ID: **177**)